No. 97–1201.  REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* ELI LILLY & CO.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1380.  ELI LILLY & CO. *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1343.  LAWVERE ET UX. *v.* EAST LYCOMING SCHOOL DISTRICT ET AL.  C. A. 3d Cir.  Motion of petitioners Scott Lawvere et ux. to strike a brief in opposition denied.  Certiorari denied.

No. 97–7868.  GORE *v.* THE ENTERPRISE.  C. A. 11th Cir. Certiorari before judgment denied.

No. 97–8155 (A–658).  BROCKMAN *v.* SWEETWATER COUNTY SCHOOL DISTRICT No. 1.  C. A. 10th Cir.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.  Certiorari denied.